Paul T. Trimmer, Bar Number 9291
trimmerp@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

Attorneys for Defendants
*Western States Fire Protection Company d/b/a*
*Statewide Fire Protection and APi Group, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA DONNELLY,<br><br>            Plaintiff,<br><br>      v.<br><br>WESTERN STATES FIRE PROTECTION COMPANY d/b/a STATEWIDE FIRE PROTECTION, a Minnesota corporation;<br>APi GROUP, INC., a Minnesota corporation,<br><br>            Defendants. | Case No.:  2:11-cv-01884-LDG-RJJ<br><br>**STIPULATION TO DISMISS** |

   IT IS HEREBY STIPULATED by and between Plaintiff Sandra Donnelly (hereinafter referred to as "Plaintiff") and Defendant Western States Fire Protection Company d/b/a Statewide Fire Protection (hereinafter referred to as "Defendant") (hereinafter collectively referred to as the "Parties"), through their respective counsel, that the above-captioned matter be dismissed with prejudice, each party to bear its own fees and costs.  The Court shall retain jurisdiction over any dispute arising out of the settlement of this matter.

///

///

///

-1-

Dated this 30th day of August, 2012.

| JACKSON LEWIS LLP | LAW OFFICES OF MICHAEL P. BALABAN |
|---|---|
| /s/ Paul T. Trimmer | /s/ Michael P. Balaban |
| Paul T. Trimmer<br>3800 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169<br>Attorneys for Defendants | Michael P. Balaban<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141<br>Attorney for Plaintiff |

**IT IS SO ORDERED.**

_____
Lloyd D. George, Sr. U.S. District Judge

Dated: 4 Sept 2012